IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| AREDIA and ZOMETA PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) NO. 3:06-MD-1760 | |
| This document relates to case numbers ) JUDGE CAMPBELL | |
| 3:06-0368, 3:06-0522, 3:06-0511, ) | |
| and 3:07-1225 ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 1096), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motions to Dismiss the claims of Plaintiffs Biocca, Wilson and Wood (Docket No. 732, 791 and 793) are DENIED. Defendant's Motion to Dismiss the claims of Plaintiff Scott R. Brown (Docket No. 821) is GRANTED, and those claims are DISMISSED without prejudice.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE